UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LORETTA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff - Appellant,<br><br> v.<br><br>WHAT IF HOLDINGS, LLC, DBA C4R Media Corp. and ACTIVEPROSPECT INC.,<br><br>          Defendants - Appellees. | No. 23-15337<br><br>D.C. No. 3:22-cv-03780-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. <u>See</u> Fed. R. App. P. 33 and Ninth Circuit Rule 33-1.

By March 30, 2023, counsel for all parties intending to file briefs in this matter are requested to inform Jonathan Westen, Circuit Mediator, by email at jonathan_westen@ca9.uscourts.gov, of their clients' views on whether the issues on appeal or the underlying dispute might be amenable to settlement presently or in the foreseeable future. **Counsel are requested to include the Ninth Circuit case name and number in the subject line.** This communication will be kept

confidential, if requested, from the other parties in the case. This communication should not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see the Mediation Program website: **www.ca9.uscourts.gov/mediation.**

**The existing briefing schedule remains in effect**.

FOR THE COURT:

Beatriz L. Smith
Deputy Clerk

bls/mediation